Miss Hazel P. Tucker, Washington, D. C., for appellant.

Mr. Cornelius H. Doherty, Washington, D. C., for appellee.

Before DANAHER, BASTIAN and BURGER, Circuit Judges.

PER CURIAM.

Appellant, a minor, suffered unfortunate injuries while on premises maintained by the appellee. Issues growing out of the mishap were submitted to the jury which returned its verdict in favor of the appellee. No claim was made that error occurred in the course of the trial itself, and we have been shown no basis upon which we may properly reverse because of presently claimed error in the instructions. Under the circumstances the judgment must be

Affirmed.

Before EDGERTON, Chief Judge, and FAHY and DANAHER, Circuit Judges.

PER CURIAM.

Appellant was convicted of assault with intent to kill, assault with a dangerous weapon, and carrying a dangerous weapon. D.C.Code (1951) §§ 22–501, 22–502, 22–3204. We had reversed a previous conviction, for reasons not here pertinent, and remanded for a new trial. Lee v. United States, 98 U.S.App.D.C. 272, 235 F.2d 219. The new trial has now been held. We find no error affecting substantial rights.

Affirmed.

**Michael LEE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 13980.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 7, 1958.

Decided Jan. 30, 1958.

Mr. James J. Laughlin, Washington, D. C., for appellant.

Mr. Fred L. McIntyre, Asst. U. S. Atty., for appellee.

Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Victor W. Caputy, Asst. U. S. Attys., were on the brief, for appellee.

**GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORPORATION, Limited, et al., Appellants,**

v.

**P. J. DONOVAN, Deputy Commissioner, District of Columbia Compensation District, Bureau of Employees' Compensation and L. B. Bedney, Appellees.**

No. 14022.

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 6, 1958.

Decided Jan. 16, 1958.

Reconsideration Denied March 28, 1958.

See 251 F.2d 961.

